UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Guillermina Rodriguez Garcia, et al.,

        Plaintiff(s),                      22 Civ. 1387 (CM)

    -against-                          CALENDAR NOTICE

Three Decker Restaurant LTD, et al.,

        Defendant(s),
-------------------------------------------------X

    Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | _X_ Status conference | __ Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | __ Fairness Hearing |
| ___Telephone conference | ___Jury Selection and Trial | __ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**on Thursday, April 13, 2023 at 11:00 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U.S. District Court, 500 Pearl Street, New York, NY 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on the Court's ECF (Electronic Case Filing) system.

Dated: April 5, 2023
       New York, New York

                                          So Ordered

                                          Colleen McMahon, U.S.D.J