# SACCO & FILLAS LLP

31-19 Newtown Ave., 7th Floor
Astoria, New York 11102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2023

Ph: 718-269-2243
CTucker@SaccoFillas.com

June 23, 2023

**VIA ECF**

JUDGE COLLEEN MCMAHON
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

*Extension granted*
/s/ Colleen McMahon
6/26/2023

Re:       *Garcia v. Three Decker Restaurant LTD (d/b/a 3 Decker Restaurant) et al.*
Case No.  1:22-cv-01387-CM

Your Honor,

We represent the Plaintiffs in connection with the above-referenced case and submit this letter motion jointly with Defendants' counsel, seeking an extension of time to submit the parties' oppositions to the pending Motions for Summary Judgment, from June 29, 2023, to July 31, 2023, and all replies be extended to August 15, 2023. This is the first request for an extension of the deadline.

All parties consent to the instant application

We thank the Court for their time and consideration of this matter.

Respectfully submitted,

By: _____/s/ Clifford Tucker_____

Clifford Tucker, Esq.