UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUILLERMINA RODRIGUEZ GARCIA and DIANA PARRA, on behalf of themselves and all others similarly situated,

Plaintiff,

- against -

THREE DECKER RESTAURANT, LTD (d/b/a "3 Decker Restaurant"), 1746 FOOD CORP (d/b/a "3 Decker Restaurant"), ATHANASIOS RAFTOPOULOS, RAMIRO TECORRAL, and MEREDITH RAFTOPOULOS, individually,

Defendants.

Case No. 1:22-cv-01387-CM

**JUDGMENT**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2024

On September 4, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows: That the Plaintiff, GUILLERMINA RODRIGUEZ GARCIA, has judgment against Defendants, THREE DECKER RESTAURANT, LTD (d/b/a "3 Decker Restaurant"), 1746 FOOD CORP (d/b/a "3 Decker Restaurant"), ATHANASIOS RAFTOPOULOS, and RAMIRO TECORRAL, individually, jointly and severally, in the amount of Five hundred seven thousand, six hundred ninety-one dollars and fifty cents ($507,691.50), less payments made, plus reasonable attorney's fees and costs for enforcement hereof.

Dated: 9 September, 2024

_____
United States District Judge